# United States Court of Appeals
## For the First Circuit

No. 03-1215

RUTH GONZÁLEZ-PÉREZ; ANACLETO ORTIZ-VILLANUEVA;
MIRIAM LEMOINE; FRITZ F. LEMOINE;
GLORIA GONZÁLEZ-PÉREZ; LUCY GONZÁLEZ-PÉREZ,

Plaintiffs, Appellants,

v.

HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA (HIMA);
MIGUEL LÓPEZ-NAPOLEONI; JANE DOE;
CONJUGAL PARTNERSHIP LÓPEZ-DOE,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 14, 2004 is amended as follows:

On page 5, inside footnote 4, line 3: Replace "determing" with "determining"